## **STATEMENT OF FACTS**

On Monday, August 15, 2005, just before 12:00 midnight, sworn officers with the Metropolitan Police Department and United States Capitol Police conducted a traffic stop in the unit block of M Street, S.W., Washington, D.C.  During this officers saw the defendant, Victor Blassingame, slide his foot under the driver's seat, and then reach toward the floor.  One of the officers shined the flashlight into the car and saw a gun on the floor where the defendant had been reaching.  Officers placed the defendant under arrest.  Officers recovered a loaded Rossi .38 caliber handgun from the driver's side floorboard.  To the best of the undersigned officer's knowledge, defendant Victor Blassingame previously has been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F5093-82.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history, and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.  To the best of this officer's knowledge, there are no Rossi .38 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER JEFFREY GREENE
FIRST DISTRICT, MPD

Sworn and subscribed before me on this \_\_\_\_ day of August, 2005.

_____
U. S. MAGISTRATE JUDGE